DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'10 APR 19 12:16 USDC-ORP

Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

Donald Jacobson

        Plaintiff,

vs.                                                    Civil No. 09-cv-0013-HA

Commissioner of Social Security

        Defendant.

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $25.97, costs in the amount of $365.00, and attorney's fees in the amount of $5,463.49, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 19 day of April, 20___.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**